Steven **ELLER**, Plaintiff–Appellant,

v.

Rita **MARIANNI**, Incorporated; Richard Chris **Fay**, Defendants–Appellees.

No. 07–1110.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 28, 2007.

Decided Dec. 12, 2007.

Terrell N. Roberts, III, Roberts & Wood, Riverdale, Maryland, for Appellant. C. Jay Robbins, IV, Midkiff, Muncie & Ross, P.C., Richmond, Virginia, for Appellees.

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Eller appeals from the magistrate judge's orders denying his request for a jury trial and entering judgment in favor of the Defendants on his civil diversity action.* We have reviewed the record included on appeal, including the magistrate judge's opinion and the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Eller v. Rita Marianni, Inc.*, No. 1:06–cv–00623–TRJ, 2007 WL 4948158 (E.D. Va. filed Jan. 5, 2007 & entered Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The case was tried before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).